768 A.2d 176

IN THE MATTER OF FREDERIC L. MARCUS,
AN ATTORNEY AT LAW

March 21, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that a letter of admonition should be issued to **FREDERIC L. MARCUS of NEWARK,** who was admitted to the bar of this State in 1974, for violation of *RPC* 1.16(d) (failure to protect client's interests upon termination of representation) and *RPC* 8 .4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.